# Exhibit A

## Tax Certificate(s)

DTE Form 121N
Rev. 11/08
ORC 5721.31(G)

NO. B2012-1-358

CUYAHOGA COUNTY
OFFICE OF FISCAL OFFICER - 2
PTXL 6/12/2012 10:50:10 AM

## TAX CERTIFICATE

(Negotiated Sale)

**201206120352**

This Certificate will be cancelled three years after the date of delivery pursuant to Ohio Revised Code 5721.37, unless the date is extended because of bankruptcy pursuant to O.R.C 5721.37 (A)(3)(b). In the State of Ohio, I do hereby certify that, at a negotiated sale pursuant to O.R.C 5721.33, this tax certificate for the parcel listed below was offered and sold, and the certificate was delivered on:

Thursday, May 31, 2012, in Cuyahoga County.

| Parcel Owner: | COPE, JASON M. | | |
|---|---|---|---|
| Property address: | 7449 BRIGHAM RD | | |
| | GATES MILLS, OH | | |
| Parcel No.: | 841-22-005 | Delq. Tax: $19,553.09 | |
| Lien Year(s): | 2010 | | |
| Legal description (attach additional sheets if necessary): | | | |
| FF 325.06  18.70 AC  OL 38  2005 S/R  UNCOMBINE | | | |

The purchaser of this Tax Certificate or any transferee is entitled to file a notice of intent to foreclose on this parcel within three years after the purchase of this tax certificate, or by the date negotiated with the county treasurer. The parcel owner may redeem this parcel at any time before the court files its entry confirming the sale of the certificate parcel. Upon redemption, the certificate holder shall receive a payment equal to the tax certificate purchase price with the interest provided in O.R.C. 5721.30(F), 5721.33, 5721.38 or 5721.42, as applicable, over the period of time described in O.R.C. 5721.30(J) and 5721.38, plus the county treasurer's fee.

| Certificate Purchaser: | Woods Cove II, LLC | | |
|---|---|---|---|
| Address: | PO Box 7055 | | |
| | Beverly Hills, CA 90212 | | |
| Phone Number: | 1-800-691-9198 | | |
| Certificate Purchase Price: | $19,803.09 | Negotiated Interest Rate: | 18.00% |
| Premium $ 0 | Discount $ 0 | Treasurer's Fee: | $250.00 |

Witness this    Thursday, May 31, 2012

Signature: _____
Treasurer or Designee

Mail Received and Scanned at Carlisle on 9/18/2014 at 1:46 PM

# ENDORSEMENT OF TAX CERTIFICATE TRANSFER

I hereby transfer all my rights, title and interest in the forgoing tax certificate number _____ to

Name: _____

Address: _____

_____

Who has produced _____ as identification.

Signature of Transferor: _____

Endorsement must be acknowledged before a notary public.

## ACKNOWLEDGMENT

State of Ohio, County of _____, I hereby certify that the foregoing tax certificate was endorsed and acknowledged before me this _____ day of _____, _____, by _____, who is personally known to be the person described in the foregoing tax certificate or has produced _____ as identification.

Signature _____
    Notary Public      Seal

My commission expires _____

---

# ENDORSEMENT OF TAX CERTIFICATE TRANSFER

I hereby transfer all my rights, title and interest in the forgoing tax certificate number _____ to

Name: _____

Address: _____

_____

Who has produced _____ as identification.

Signature of Transferor: _____

Endorsement must be acknowledged before a notary public.

## ACKNOWLEDGMENT

State of Ohio, County of _____, I hereby certify that the foregoing tax certificate was endorsed and acknowledged before me this _____ day of _____, _____, by _____, who is personally known to be the person described in the foregoing tax certificate or has produced _____ as identification.

Signature _____
    Notary Public      Seal

My commission expires _____

DTE Form 121N  
Rev. 11/08  
ORC 5721.31(G)

NO. S2012-1-3328

CUYAHOGA COUNTY
OFFICE OF FISCAL OFFICER - 2
PTXL 9/20/2012 9:19:00 AM

**TAX CERTIFICATE**

**201209200166**

(Negotiated Sale)

This Certificate will be cancelled three years after the date of delivery pursuant to Ohio Revised Code 5721.37, unless the date is extended because of bankruptcy pursuant to O.R.C 5721.37 (A)(3)(b). In the State of Ohio, I do hereby certify that, at a negotiated sale pursuant to O.R.C 5721.33, this tax certificate for the parcel listed below was offered and sold, and the certificate was delivered on:

Friday, August 31, 2012, in Cuyahoga County.

| Parcel Owner: | COPE, JASON M. | | |
|---|---|---|---|
| Property address: | 7449 Brigham Rd | | |
| | Gates Mills, OH 44040 . | | |
| Parcel No.: | 841-22-005 | Delq. Tax: $39,518.09 | |
| Lien Year(s): | 2011 | | |
| Legal description (attach additional sheets if necessary): | | | |
| FF 325.06  18.70 AC  OL 38  2005 S/R | | | |

The purchaser of this Tax Certificate or any transferee is entitled to file a notice of Intent to foreclose on this parcel within three years after the purchase of this tax certificate, or by the date negotiated with the county treasurer. The parcel owner may redeem this parcel at any time before the court files its entry confirming the sale of the certificate parcel. Upon redemption, the certificate holder shall receive a payment equal to the tax certificate purchase price with the interest provided in O.R.C. 5721.30(F), 5721.33, 5721.38 or 5721.42, as applicable, over the period of time described in O.R.C. 5721.30(J) and 5721.38, plus the county treasurer's fee.

| Certificate Purchaser: | Woods Cove II, LLC | | |
|---|---|---|---|
| Address: | PO Box 7055 | | |
| | Beverly Hills, CA 90212 | | |
| Phone Number: | 1-800-691-9198 | | |
| Certificate Purchase Price: | $39,618.09 | Negotiated Interest Rate: | 18.00% |
| Premium $ 0 | Discount $ 0 | Treasurer's Fee: | $100.00 |

Witness this  Friday, August 31, 2012

Signature: _____

Treasurer or Designee

Mail Received and Scanned at Carlisle on 9/18/2014 at 1:46 PM

## ENDORSEMENT OF TAX CERTIFICATE TRANSFER

I hereby transfer all my rights, title and interest in the forgoing tax certificate number _____ to

Name: _____

Address: _____

_____

Who has produced _____ as identification.

Signature of Transferor: _____

Endorsement must be acknowledged before a notary public.

## ACKNOWLEDGMENT

State of Ohio, County of _____, I hereby certify that the foregoing tax certificate was endorsed and acknowledged before me this _____ day of _____, _____, by _____, who is personally known to be the person described in the foregoing tax certificate or has produced _____ as identification.

Signature _____
      Notary Public      Seal

My commission expires _____

---

## ENDORSEMENT OF TAX CERTIFICATE TRANSFER

I hereby transfer all my rights, title and interest in the forgoing tax certificate number _____ to

Name: _____

Address: _____

_____

Who has produced _____ as identification.

Signature of Transferor: _____

Endorsement must be acknowledged before a notary public.

## ACKNOWLEDGMENT

State of Ohio, County of _____, I hereby certify that the foregoing tax certificate was endorsed and acknowledged before me this _____ day of _____, _____, by _____, who is personally known to be the person described in the foregoing tax certificate or has produced _____ as identification.

Signature _____
      Notary Public      Seal

Mail Received and Scanned at Carlisle on 9/18/2014 at 1:46 PM

DTE Form 121N  
Rev. 11/08  
ORC 5721.31(G)

## NO. S2013-2-552

CUYAHOGA COUNTY  
OFFICE OF FISCAL OFFICER - 2  
PTXL 8/6/2013 3:20:15 PM

## TAX CERTIFICATE

**201308060688**

(Negotiated Sale)

This Certificate will be cancelled three years after the date of delivery pursuant to Ohio Revised Code 5721.37, unless the date is extended because of bankruptcy pursuant to O.R.C 5721.37 (A)(3)(b). In the State of Ohio, I do hereby certify that, at a negotiated sale pursuant to O.R.C 5721.33, this tax certificate for the parcel listed below was offered and sold, and the certificate was delivered on:

Wednesday, July 31, 2013, in Cuyahoga County.

| Parcel Owner: | COPE, JASON M. | | |
|---|---|---|---|
| Property address: | 7449 BRIGHAM RD | | |
| | GATES MILLS, OH | | |
| Parcel No.: | 841-22-005 | Delq. Tax: | $42,116.44 |
| Lien Year(s): | 2012 | | |
| Legal description (attach additional sheets if necessary): | | | |
| FF 325.06  18.70 AC  OL 38  2005 S/R  UNCOMBINE | | | |

The purchaser of this Tax Certificate or any transferee is entitled to file a notice of intent to foreclose on this parcel within three years after the purchase of this tax certificate, or by the date negotiated with the county treasurer. The parcel owner may redeem this parcel at any time before the court files its entry confirming the sale of the certificate parcel. Upon redemption, the certificate holder shall receive a payment equal to the tax certificate purchase price with the interest provided in O.R.C. 5721.30(F), 5721.33, 5721.38 or 5721.42, as applicable, over the period of time described in O.R.C. 5721.30(J) and 5721.38, plus the county treasurer's fee.

| Certificate Purchaser: | Woods Cove II, LLC | | |
|---|---|---|---|
| Address: | File 1411 1801 West Olympic Blvd | | |
| | Pasadena, CA 91199-1411 | | |
| Phone Number: | 1-800-691-9198 | | |
| Certificate Purchase Price: | $42,216.44 | Negotiated Interest Rate: | 18.00% |
| Premium $ 0 | Discount $ 0 | Treasurer's Fee: | $100.00 |

Witness this    Wednesday, July 31, 2013

Signature: _Mark A. Parks_  
Treasurer or Designee

Mail Received and Scanned at Carlisle on 9/18/2014 at 1:46 PM

## ENDORSEMENT OF TAX CERTIFICATE TRANSFER

I hereby transfer all my rights, title and interest in the forgoing tax certificate number _____ to

Name: _____

Address: _____

_____

Who has produced _____ as identification.

Signature of Transferor: _____

Endorsement must be acknowledged before a notary public.

## ACKNOWLEDGMENT

State of Ohio, County of _____, I hereby certify that the foregoing tax certificate was endorsed and acknowledged before me this _____ day of _____, _____, by _____, who is personally known to be the person described in the foregoing tax certificate or has produced _____ as identification.

Signature _____
    Notary Public        Seal

My commission expires _____

---

## ENDORSEMENT OF TAX CERTIFICATE TRANSFER

I hereby transfer all my rights, title and interest in the forgoing tax certificate number _____ to

Name: _____

Address: _____

_____

Who has produced _____ as identification.

Signature of Transferor: _____

Endorsement must be acknowledged before a notary public.

## ACKNOWLEDGMENT

State of Ohio, County of _____, I hereby certify that the foregoing tax certificate was endorsed and acknowledged before me this _____ day of _____, _____, by _____, who is personally known to be the person described in the foregoing tax certificate or has produced _____ as identification.

Signature _____
    Notary Public        Seal