UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KEYBANK NATIONAL ASSOC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-cv-1368-DCN |
| | ) | |
| JASON COPE, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] FINAL JUDGMENT

The parties entered a stipulation resolving the issues in this case, and have conferred and hereby stipulate that the Court enter this Stipulated Final Judgment directing that the defendants' liens attach to the proceeds of the sale of the real property as described below.

ITS IS ORDERED that the proceeds of sale of the real property that is the subject matter of this action is located at 7449 Brigham Road, Gates Mills, Cuyahoga County, Ohio 44040 ("Subject Property"), shall be encumbered by liens in the priority set forth below:

    A.    Woods Cove II, LLC's lien is first in priority and will be paid first after the cost of sales of the Subject Property;

    B.    Cuyahoga County Fiscal Office's tax liens are second in priority, and will be paid second after the costs of sale, Wood Cove LL, LLC's lien, and Cuyahoga County's tax lien have been fully satisfied from the proceeds of the sale of the Subject Property;

    C.    Keybank's mortgage are third in priority and will be paid after the costs of sale, Wood Cove II, LLC's lien, Cuyahoga County Fiscal Office's tax lien, and Keybank's mortgage have been fully satisfied from the proceeds of the sale of the Subject Property

    D.    The Commission's abstract of judgment and judgment lien are fourth in priority, and will be paid after the costs of sale, Wood Cove II, LLC's lien,

1

Cuyahoga County Fiscal Office's tax lien, and Keybank's mortgage have been fully satisfied from the proceeds of the sale of the Subject Property;

E. Payne & Payne's mechanic's lien is fifth in priority, and will be paid after the costs of sale, Wood Cove II, LLC's lien, Cuyahoga County Fiscal Office's tax lien, Keybank's mortgage, the Commission's abstract of judgment and judgment lien, and Payne & Payne's mechanic's lien have been fully satisfied from the proceeds of the sale of the Subject Property; and

F. The United States federal tax liens are sixth in priority, and will be paid after the costs of sale, Wood Cove II, LLC's lien, Cuyahoga County Fiscal Office's tax lien, Keybank's mortgage, the Commission's abstract of judgment and judgment lien, and Payne & Payne's mechanic's lien have been fully satisfied from the proceeds of the sale of the Subject Property.

ITS IS ORDERED that there shall be no further equity of redemption, except that with respect to any lien of the United States, the United States has the right to redeem within the time period provided by 28 U.S.C § 2410(c).

IT IS FURTHER ORDERED that this matter is dismissed in accordance with this Order, and the parties shall bear their own respective costs and attorney's fees.

Dated: September 23, 2014

_____
UNITED STATES DISTRICT JUDGE